UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SEECA MEDICAL, INC. AND** | * | **CIVIL ACTION NO.** |
| **SEECA VISION, INC.** | * | |
| **Plaintiffs** | * | **JUDGE:** |
| | * | |
| **v.** | * | **SECTION:** |
| | * | |
| **STATE FARM FIRE AND** | * | **MAGISTRATE JUDGE:** |
| **CASUALTY COMPANY,** | * | |
| **Defendant.** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF COMPLIANCE WITH 28 U.S.C. § 1446(d)**

I hereby certify that a copy of the foregoing Notice of Removal has been emailed/placed in the United States Mail, with proper and sufficient postage affixed, addressed to:

**SYE J. BROUSSARD**
**JACKIE DOVE BROUSSARD**
**VICTOR M. DANTIN**
**BROUSSARD & DOVE, APLC**
7605 Park Avenue
Houma, Louisiana 70365
Telephone:  (985) 868-4800
Facsimile:  (985) 868-4899
Email:  Sye@BroussardDoveLaw.com
Jackie@BroussardDoveLaw.com
Vic@BroussardDoveLaw.com
ServiceofProcess@BroussardDoveLaw.com

I hereby further certify that a copy of the foregoing Notice of Removal has also been filed/placed in the United States Mail, with proper and sufficient postage affixed, addressed to:

**THERESA ROBICHAUX**
Clerk of Court
32nd Judicial District Court
7856 Main Street
Houma, Louisiana 70360

{S0497395.1}

EXHIBIT B

for filing in the record in the state court action entitled: *"Seeca Medical, Inc. and Seeca Vision, Inc. v. State Farm Fire and Casualty Company,"* bearing case number 198030 on the docket of the 32nd Judicial District Court for the Parish of Terrebonne, State of Louisiana.

> Respectfully submitted,
>
> */s/ Robin D. Cassedy*
> ROBIN D. CASSEDY, #36408
> STRAUSS MASSEY DINNEEN LLC
> 935 Gravier Street, Suite 1250
> New Orleans, Louisiana 70112
> Telephone: (504) 380-0290
> Facsimile: (504) 332-8434
> rcassedy@smd-law.com
>
> *Attorney for State Farm Fire and Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record either by hand delivery, email, facsimile, or by placing the same in the United States mail, properly addressed and postage pre-paid, this 21st day of November 2023.

> */s/ Robin D. Cassedy*
>
> ROBIN D. CASSEDY